UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KENNETH GOLDEN, et al.,

        Plaintiffs,

-against-

EXECUTIVE FUNDING CORPORATION,
et al.,

        Defendants.
-----------------------------------------------------------X

JUDGMENT
98-CV- 7390 (NGG)

An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on June 6, 2005, adopting the Report and Recommendation of Magistrate Judge Marilyn D. Go, dated May 6, 2005; and directing the Clerk of Court to enter a default judgment against defendants Max Greenblatt, Joseph Greenblatt and Executive Funding Corporation and in favor of plaintiff Kenneth Golden in the amount of $1,823,667.95, plus attorneys fees of $14,306.00 and interest on $296,025.00 at $72.99/day from May 31, 2005 until entry of judgment; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Marilyn D. Go is adopted; and that judgment is hereby entered in favor of plaintiff, Kenneth Golden, and against defendants, Max Greenblatt, Joseph Greenblatt and Executive Funding Corporation, in the amount of $1,823,667.95, plus attorneys fees of $14,306.00 and interest on $296,025.00 at $72.99/day from May 31, 2005 until entry of judgment.

Dated: Brooklyn, New York
        June 07, 2005

ROBERT C. HEINEMANN
Clerk of Court